## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**Catherine Chagnon and Thomas Chagnon**

      **Plaintiffs,**

**v.**

**Truck Insurance Exchange**

      **Defendant.**

**CASE NO. 2:23-cv-00808-SPC-NPM**

## JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiffs, Catherine Chagnon and Thomas Chagnon, and the Defendant, Truck Insurance Exchange, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: August 13, 2024.

Respectfully Submitted,

*/s/ Zareen Zaidi*

Zareen Zaidi, Esq.
Florida Bar No. 1041187
John A. Unzicker, Jr., Esq.
Florida Bar No. 320366
NIELSEN & TREAS, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500; F: 504-603-0730

junzicker@nt-lawfirm.com
zzaidi@nt-lawfirm.com
*Attorneys for Defendant*

And

Jordan Bieber
Florida Bar No. 100164
WEISSER ELAZAR &
KANTOR, PLLC
800 East Broward Boulevard,
Suite 510
Fort Lauderdale, FL 33301
JB@WEKLaw.com
CM@WEKLaw.com
Service@WEKLaw.com
*Attorney for Plaintiffs*